CATHERINE CORTEZ MASTO
Attorney General
ADAM D. HONEY
Deputy Attorney General
Nevada State Bar No. 9588
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
E-mail: ahoney@ag.nv.gov
*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TARA O'GRADY-SULLIVAN,<br><br>    Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, *et al.*,<br><br>    Defendants. | CASE NO. 2:11-CV-839-MMD-CWH |

### STATE DEFENDANTS' MOTION TO SEAL DOCUMENT 57

COME NOW, State Defendants, STATE OF NEVADA *ex rel.* DEPARTMENT OF PUBLIC SAFETY, HIGHWAY PATROL DIVISION, CHRIS PERRY, and CHRISTOPHER BENNETT, by and through their counsel, CATHERINE CORTEZ MASTO, Attorney General, and ADAM D. HONEY Deputy Attorney General, of the STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL, and hereby move this Court to Seal State Defendants' Motion for Summary Judgment, Document 57. This Motion is made and based upon the pleadings and papers on file, the Memorandum of Points and Authorities herein, and the oral argument and evidence presented at any hearing on this matter.

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

State defendants Motion for Summary Judgment (Doc. 57) was inadvertently filed on May 15, 2012 prior to the complete redaction of information as required by Fed. R. Civ. P. 5.2. Immediately, upon realization of the unintended error, State defendants filed Notice of Corrected Image (Doc 58), on the same day. The corrected image included the complete version of the Motion for Summary Judgment with the required redactions. State defendants request Document 57 is sealed as to protect the personal information contained in the filing.

DATED this 16th day of May, 2012.

Respectfully submitted,

CATHERINE CORTEZ MASTO
Attorney General

By:   /s/ Adam D. Honey
      ADAM D. HONEY
      Deputy Attorney General
      Nevada State Bar No. 9588
      *Attorneys for State Defendants*

IT IS SO ORDERED.
Dated: May 24, 2012

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of May, 2012, the foregoing, **State Defendants' Motion to Seal Document 57**, was served upon the following *via* the above-entitled Court's CM/ECF system:

Lisa A. Rasmussen, Esq.
LAW OFFICE OF LISA RASMUSSEN
601 S. Tenth Street, Suite 100
Las Vegas, NV 89101
*Attorney for Plaintiff*

Brian R. Hardy, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Dr.
Las Vegas, NV 89145
*Attorneys for Nye County Defendants*

/s/ Claudia Miller
An employee of:
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
E-mail: cmiller@ag.nv.gov