UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TARA O'GRADY-SULLIVAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, et al.,<br><br>Defendants. | Case No. 2:11-cv-00839-MMD-CWH<br><br>ORDER |

Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge within fifteen (15) days from the date of this Order.

DATED THIS 21st day of December 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE