UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TARA O'GRADY-SULLIVAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, et al.,<br><br>Defendants. | Case No. 2:11-cv-00839-MMD-CWH<br><br>ORDER<br><br>(Defs.' Motions for Summary Judgment – dkt. nos. 104, 105;<br>Plf.'s Motion for Extension of Time – dkt. no. 108) |

Before the Court are two summary judgment motions filed by Defendants, as well as Plaintiff's Motion to Extend Time to File Response to Defendants' Motions. (*See* dkt. nos. 104, 105, 108). For the reasons set forth below, the Motions are denied.

The relevant procedural history leading up to the filing of these Motions bears recounting here. In May 2012, during the pendency of discovery, Defendants filed two summary judgment motions. (*See* dkt. nos. 57, 61.) Relying on Fed. R. Civ. P. 56(d), Plaintiff opposed summary judgment in light of significant discovery uncompleted at the time the motions were filed. Since the then-operative discovery deadline was September 3, 2012 — nearly three months after the motions were filed — the Court denied Defendants' Motions. (*See* dkt. no. 101.) Between the time when the motions were filed and when the Court decided them, the discovery deadline was extended to November 2, 2012, and the deadline for summary judgment motions to be filed extended to December 3, 2012. (*See* dkt. no. 88.) December 3 passed, and the parties filed no additional motions, and Defendants offered no additional notice that they intended to supplement their original summary judgment motions.

After the Court's denial of the summary judgment motions, the parties filed a joint stipulation proposing to extend the discovery deadline and the dispositive motion deadline. (*See* dkt. no. 102.) This stipulation was filed over four months after the dispositive motion deadline passed. Magistrate Judge Carl W. Hoffman denied their stipulation, ruling that they failed to demonstrate excusable neglect as required by Local Rule 6-1(b). (*See* dkt. no. 103.)

Nearly two months thereafter, and without warning, Defendants filed the instant summary judgment motions. (*See* dkt. nos. 104, 105.) These Motions are untimely. They were not filed within the dispositive motion deadline, and their attempts to extend that deadline were explicitly rejected by the Court. Having waited an unjustifiable amount of time to bring these motions, they cannot now re-file their Motions.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motions for Summary Judgment (dkt. nos. 104, 105) are DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Extend Time to File Response to Defendants' Motions (dkt. no. 108) is DENIED as moot.

IT IS FURTHER ORDERED that the parties are to file a joint proposed pretrial order in accordance with Fed. R. Civ. P. 16 and Local Rules 16-3 and 16-4 within thirty (30) days from the entry of this Order.

DATED THIS 24th day of June 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE