1

2

3

4

5

6          UNITED STATES DISTRICT COURT

7              DISTRICT OF NEVADA

8                    * * *

9   TARA O'GRADY-SULLIVAN,              Case No. 2:11-cv-00839-MMD-CWH
    an individual,
10                                              ORDER
                            Plaintiff,
11                                       (Defs.' Motion for Reconsideration
    v.                                        – dkt. no. 113)
12
    THE STATE OF NEVADA, et al.,
13
                            Defendants.
14

15

16         Before the Court is the Nye County Defendants' Motion for Reconsideration of

17   Orders #101 and/or #111 denying their Motions for Summary Judgment.  (Dkt. no. 113.)

18   The State Defendants have filed a joinder to the Nye County Defendants' Motion. (Dkt.

19   no. 114.) For the reasons set forth below, the Motion is denied.

20         In seeking reconsideration of the Court's Orders, Defendants suggest that they

21   are placed in the predicament of having to defend claims at trial that could have been

22   disposed of in summary judgment. They argue that they are in this predicament

23   because of the timing of the motions, orders and the Court's Standing Order, which

24   required the parties to participate in the settlement conference.  However, as the Court

25   noted in Order #111, Defendants permitted several deadlines to expire. First, between

26   the time when the initial motions for summary judgment were filed and when they were

27   decided by the Court, the discovery deadline was extended to November 2, 2012, and

28   the deadline for summary judgment motions to be filed extended to December 3, 2012.

1    (*See* dkt. no. 88.) Yet, Defendants did not file any additional motions or offer any

2    additional notice that they intended to supplement their original summary judgment

3    motions before the December 3 deadline. Second, after the Court's denial of the

4    summary judgment motions, the parties waited approximately a month before filing a

5    joint stipulation proposing to extend the discovery deadline and the dispositive motion

6    deadline.[1] (*See* dkt. no. 102.) Finally, after the Magistrate Judge denied their stipulation,

7    ruling that they failed to demonstrate excusable neglect as required by Local Rule 6-

8    1(b), (dkt. no. 103), Defendants did not object or seek reconsideration but waited

9    another two months before filing their motions for summary judgment (dkt. nos. 104 and

10    105).

11      Defendants argue that the Court should decide the claims on their merits and

12    suggest that the Court avoided doing so by denying their initial set of motions and their

13    second set of motions. However, the need to decide claims on their merits and

14    streamline issues for trial does not outweigh the need for parties to comply with

15    procedural rules that are in place to secure the "just, speedy and inexpensive

16    determination of every action." *See* Fed. R. Civ. P. 1. Defendants engaged in

17    inexcusable delay before seeking to extend the dispositive motion deadline, and after

18    the Magistrate Judge denied the request to extend this deadline, Defendants

19    disregarded the Magistrate Judge's Order, waited two months and then filed their

20    second motions for summary judgment. Under these circumstances, the Court does not

21    find any reason to justify reconsideration under Rule 60(b).

22      IT IS THEREFORE ORDERED that the Nye County Defendants' Motion for

23    Reconsideration of Orders #101 and/or #111 (dkt. no. 113) is DENIED.

24    DATED THIS 16th day of August 2013.

25

26                                  MIRANDA M. DU
                                    UNITED STATES DISTRICT JUDGE

27

28    [1]This stipulation was filed over four months after the dispositive motion deadline passed.